## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**DEFENDANT** U.S. vs.

Name of District Court, and/or Judge/Magistrate Location (City)

USDC SDWV at Charleston, WV

PHILIP ANDREWS DUVALL

| | |
|---|---|
| Address | Huntington, WV |
| Birth Date | 05-21-1956 |

☐ Male ☐ Female

☐ Alien (if applicable)

Name and Office of Person Furnishing Information on THIS FORM

Janette Martin

☐ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

LARRY R. ELLIS

Social Security Number | 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

Linwood Smith

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding ▶ this defendant were recorded under

MAG. JUDGE CASE NO.

| Place of offense | Griffithsville, WV |
|---|---|

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

18 U.S.C. Section 2251(a)
18 U.S.C. Section 2252A(a)(1)
18 U.S.C. Section 2252A(a)(2)(A)
18 U.S.C. Section 2252A(a)(5)(B)
18 U.S.C. Section 2422(b)
18 U.S.C. Section 1470

**FILED**

FEB 25 2004

U.S. District Court
Southern District

Producing, receiving, transmitting and possessing child pornography, enticing minors into illegal sexual conduct, and transfer of obscenity to minors.

2