

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:04-00025

PHILIP ANDREWS DUVALL

**FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Comes now the United States of America, by counsel, Larry R. Ellis, Assistant United States Attorney for the Southern District of West Virginia, and as First Supplemental Response to Defendant's Standard Discovery Requests, provides the following:

1. FD-302 recording Hatten's signing of Receipt for Property (one page) Bates #DUVALL-0000197;

2. Receipt for Property Received, signed by Sally Hatten (2 pages) Bates #DUVALL-0000198-000199;

3. West Virginia State Police Property Disposition Report (one page) Bates #DUVALL-0000200;

4. FD-302 relating to execution of warrant search on Duvall's residence and signing of "Consent to Search" (one page) Bates #DUVALL-0000201;

5. Search Warrant and Affidavit signed April 22, 2003 (3 pages) Bates #DUVALL-0000202-0000204;

6. Receipts for Property Received April 22, 2003 (2 pages) Bates #DUVALL-0000205-0000206;

7. "Consent to Search" (one page) Bates #DUVALL-0000207;

8. FD-302 of Interview of Philip Duvall on April 22, 2003 (2 pages) Bates #DUVALL-0000208-209; and

9. Reports of Findings of Computer Analysis Response Team (10 pages) Bates #DUVALL-0000210-0000219.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 1.01(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 10 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

KASEY WARNER
United States Attorney

By: _____
LARRY R. ELLIS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY, has been made on opposing counsel by hand delivering a true copy thereof, on the 15th day of March 2004, to the following counsel of record:

Edward H. Weis
Assistant Federal Public Defender
300 Virginia Street East, Room 3400
Charleston, WV 25301

_____
LARRY R. ELLIS
Assistant United States Attorney