# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            CRIMINAL ACTION NO. 3:04-00025

PHILIP ANDREWS DUVALL,

    Defendant.

**FILED AUG 17 2004** — TERESA L. DEPPNER, CLERK, U.S. District & Bankruptcy Courts, Southern District of West Virginia

## WRITTEN PLEA OF GUILTY

In the presence of Edward H. Weis, AFPD, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Two of the Indictment.

DATE: 8/16/04

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT