# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**ENTERED**
NOV 10 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CRIMINAL ACTION NO. 3:04-00025

PHILIP ANDREWS DUVALL,

    Defendant.

## ORDER

It is **ORDERED** that the attached Statement of Reasons, consisting of 4 pages, be, and it hereby is, filed **UNDER SEAL** until further order of the court.

The Clerk is **DIRECTED** to forward a **SEALED** copy of the Statement of Reasons to counsel of record and the United States Probation Office for forwarding to the United States Sentencing Commission and the Bureau of Prisons.

The Probation Office is further directed to make the Statement of Reasons an attachment to the Presentence Report for forwarding to the Bureau of Prisons and the United States Court of Appeals for the Fourth Circuit.

ENTER: November 10, 2004

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE