FILED
DEC - 6 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

ENTERED
FEB 2 6 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: GRAND JURY 2002-02

## SEALED ORDER

Pursuant to an Order of this Court entered December 18, 2002, at Charleston, came Grand Jury 2002-02 on February 25, 2004, as follows: Earlene G. Bailey, Claude Dale Baisden, Katrina L. Bennett, Macel L. Cunningham, Jerry C. Edwards, Boyd Delaine Hill, Orville W. Loftis, Andrew Campbell Moss, Martin Marion Myers, Larry Nelson, Thomas Eric Porter, Bill M. Shifflett, James P. Smolder, James E. Sowards, Kathryn Stutler, Michael W. Williams, Drema Gail Woods, Quintin Dale Young, Deputy Foreman, and David Zeitz, Foreman, all good and lawful men and women of this judicial district, who were heretofore duly selected and sworn as a Grand Jury, retired to their chambers and began to consider of its presentments, and after a time returned a report to the Court and presented the following:

A fourteen-count indictment against **PHILIP ANDREWS DUVALL**, for violations of Title 18, United States Code, Section 2251(a), Title 18, United States Code, Section 2252A(a)(1), Title 18, United States Code, Section 2252A(a)(2)(A), Title 18, United States Code, Section 2252A(a)(5)(B), Title 18, United States Code, Section 2422(b), and Title 18, United States Code, Section 1470, a True Bill. CR. 3:04-00025. SEALED.

A four-count indictment against **ROBERT MINTER, SR.**, for violations of Title 21, United States Code, Section 841(a)(1), a True Bill. CR. 3:04-00026.

A three-count superseding indictment against **CHARLES K. PATTERSON**, for a violations of Title 21, United States Code, Section 846, Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(a)(2), a True Bill. CR. 2:03-00276.

A three-count indictment against **ALETTA DENISE CALHOUN, also known as "Neecee"**, for violations of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 924(c)(1), a True Bill. CR. 2:04-00027. **SEALED**.

A three-count indictment against **DONOVAN MORRIS, also known as "Stuff"**, for violations of Title 21, United States Code, Section 841(a)(1), a True Bill. CR. 2:04-00028. **SEALED**.

The aforesaid indictments were returned in open court. The Foreperson of Grand Jury 2002-02 informed the court that at least sixteen (16) members of Grand Jury 2002-02 were present for its deliberations and that at least twelve (12) members concurred on the True Bills returned herein.

Upon motion of the United States, the court **ORDERED** that bench warrants be issued for the arrest of the defendants in the following indictments and that the indictments remain sealed until the arrest of a defendant:

**UNITED STATES OF AMERICA V. PHILIP ANDREWS DUVALL**

**UNITED STATES OF AMERICA V. ALETTA DENISE CALHOUN**

**UNITED STATES OF AMERICA V. DONOVAN MORRIS**

Upon motion of the United States, the court **ORDERED** that the indictments returned herein be assigned to the following divisions of this Court for docketing and trial.

**HUNTINGTON DIVISION**

UNITED STATES OF AMERICA V.S. PHILIP ANDREWS DUVALL. CR. 3:04-00025. SEALED.

UNITED STATES OF AMERICA V.S. ROBERT MINTER, SR. CR. 3:04-00026.

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA V.S. CHARLES K. PATTERSON. CR. 2:03-00276.

UNITED STATES OF AMERICA V.S. ALETTA DENISE CALHOUN. CR. 2:04-00027. SEALED.

UNITED STATES OF AMERICA V.S. DONOVAN MORRIS. CR. 2:04-00028. SEALED.

   The Clerk is directed to provide a copy of each indictment, including the sealed indictments, to the United States Probation Office forthwith.

   The Clerk is further directed to forward copies of this Order to the United States Attorney, United States Marshal and the United States Probation Office.

   ENTER: February 26, 2004.

_Mary E. Stanley_
MARY E. STANLEY
UNITED STATES MAGISTRATE JUDGE